961 A.2d 56

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Valentino AMARO, Respondent.**

Supreme Court of Pennsylvania.

Nov. 25, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of November 2008, the Petition for Allowance of Appeal is **GRANTED** and the Superior Court's decision is **VACATED** and the PCRA Court's Order dismissing Petitioner's PCRA petition is **REINSTATED**

164

based on *Commonwealth v. Jones,* 593 Pa. 295, 929 A.2d 205 (2007) and *Commonwealth v. Chmiel,* 585 Pa. 547, 889 A.2d 501, 541 (2005).

Justice McCAFFERY did not participate in the consideration or decision of this matter.